**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**   0:26-cv-60829-RS

RICK HARDY DREW,

     Plaintiff,

v.

PACIFICA LAUDERHILL LLC D/B/A
PACIFICA SENIOR LIVING FOREST
TRACE D/B/A PARK TOWER *et al.*,

     Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:     Defendant:     Pacifica Lauderhill LLC
                             d/b/a Pacifica Senior Living Forest Trace
                             d/b/a Park Tower
     Registered Agent:     Paracorp Incorporated
                             155 Office Plaza Drive 1st Floor
                             Tallahassee, Florida 32301

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Dillon S. Cuthbertson, Esq.
     Koz Law, P.A.
     800 East Cypress Creek Road, Suite 421
     Fort Lauderdale, Florida 33334

     Tel:   (786) 924-9929
     Fax:   (786) 358-6071
     Email: dc@kozlawfirm.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Mar 23, 2026



**SUMMONS**

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**  0:26-cv-60829-RS

RICK HARDY DREW,

      Plaintiff,

v.

PACIFICA LAUDERHILL LLC D/B/A
PACIFICA SENIOR LIVING FOREST
TRACE D/B/A PARK TOWER *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:        Defendant:      Forest Trace Mgr LLC
        Registered Agent:  Paracorp Incorporated
                      155 Office Plaza Dr 1st Floor
                      Tallahassee, Florida 32301

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Dillon S. Cuthbertson, Esq.        Tel:  (786) 924-9929
      Koz Law, P.A.                   Fax:  (786) 358-6071
      800 East Cypress Creek Road, Suite 421  Email: dc@kozlawfirm.com
      Fort Lauderdale, Florida 33334

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 23, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ S.Carlson*
_____
Deputy Clerk
U.S. District Courts